In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00353-CV
_____

### BIANCA NICOLE BRADLEY, Appellant

### V.

### HENRY LEE BROWN IV, Appellee

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-226,777**

### MEMORANDUM OPINION

On November 17, 2016, we notified the parties that the appellant had not paid the filing fee, as directed in our previous letter and bill of costs. We warned the appellant that the appeal would be dismissed without further notice unless the fee was paid by December 2, 2016. *See generally* Tex. R. App. P. 42.3(c). The appellant has neither indicated that she is unable to pay the fee nor shown that she is not required to pay the filing fee for an appeal. *See generally* Tex. R. App. P. 20.1. She has failed to respond to the Court's letters regarding this appeal, and

1

failed to respond to a notice requiring a response or other action within a specified time. *Id.* Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 11, 2017
Opinion Delivered January 12, 2017

Before McKeithen, C.J., Horton and Johnson, JJ.